**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Robert Fausey,<br>Plaintiff(s),<br>v.<br>Financial Pacific Insurance Company,<br>Defendant(s). | Case No. 2:26-cv-02134-NJK<br>**ORDER** |

Given the showing made as to the amount in controversy, Docket No. 11, the Court **DISCHARGES** the order to show cause why this case should not be remanded for lack of subject matter jurisdiction, Docket No. 10.

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge